IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3108 |
| ) | |
| APRIL BUFFUM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER comes before this Court on defendant's Motion to Continue the Deadline for Filing a Downward Departure/Variance Motion and Sentencing Hearing. Filing 36. The Court, being fully advised in the premises, and noting the Government has no objection, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that defendant's deadline for filing a downward departure/variance motion (and supporting brief) shall be extended to February 27, 2009. It is further ordered that defendant's sentencing hearing shall be set for the 28th day of April, 2009, at 1:00 p.m. The defendant is ordered to appear at said hearing.

Dated this 27th day of January, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge