```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3108 |
| | ) | |
| v. | ) | |
| | ) | RESTRICTED |
| APRIL J. BUFFUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion, filing no. 39, to modify conditions of release is granted. Condition (7)(x) of the Order Setting Conditions of Release, filing no. 11, is reinstated to order that the defendant shall reside with her mother. All other terms and conditions of pretrial release remain in full force and effect.

The clerk is directed to file this order as a restricted access document.

DATED this 5th day of February, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge