IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:08CR3108 |
| | ) | |
| APRIL BUFFUM, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before this Court on defendant's Motion to Continue the Deadline for Filing a Downward Departure/Variance Motion. Filing 45. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that defendant's deadline for filing a downward departure/variance motion (and supporting brief) shall be extended to April 10, 2009.

Dated this 25th day of February, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge