IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:08CR3108 |
| ) | |
| APRIL BUFFUM, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before this Court on defendant's Motion to Continue the Deadline for Filing a Downward Departure/Variance Motion. Filing 47. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that defendant's deadline for filing a downward departure/variance motion (and supporting brief) shall be extended to April 15, 2009.

Dated this 10th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge