IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>APRIL J. BUFFUM,<br><br>                Defendant. | Case No.  4:08CR3108 |

**ORDER**

THIS MATTER comes before the Court on defendant's Request to File A Restricted Motion and Brief. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that, pursuant to NECrimR 12.4, the Clerk shall file defendant's Motion for Deviation or Variance and Supporting Brief restricted.

IT IS FURTHER ORDERED that said Motion and Brief be made available to case participants only.

DATED this 15th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge