IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No.  4:08CR3108 |
| APRIL BUFFUM, ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before this Court on defendant's Motion to Continue Sentencing Hearing.  Filing 54.  The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that sentencing in the above captioned matter shall be continued until the 28th day of July, 2009, at 1:00 p.m.  The defendant is ordered to appear at said time.

Dated this 20th day of April, 2009.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge