IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>APRIL BUFFUM,  )<br>  )<br>  Defendant.  ) | Case No. 4:08CR3108 |

## **ORDER**

IT IS ORDERED that the defendant's motion to continue sentencing hearing and request for conference call (filing 61) is denied.

DATED this 23rd day of July, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge