IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3108 |
| | ) | |
| V. | ) | |
| | ) | |
| APRIL J. BUFFUM, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

　　　　IT IS ORDERED that the defendant shall be detained until further order of the Court and the Clerk shall deliver a copy of this order to the United States Marshals Service.

　　　　DATED this 22nd day of October, 2009.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　United States District Judge